**EXHIBIT 2:** INFRINGEMENT

URL: https://www.harrisx.com/posts/fix-the-city-final-pre-primary-poll-cuomo-maintains-comfortable-lead-over-mamdani

