**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT

URL: https://nypost.com/2025/06/18/us-news/andrew-cuomos-comfortable-lead-over-zohran-mamdani-cut-in-half-in-home-stretch-before-dem-mayoral-primary-poll/

